AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

RICHARD RALPH CONTE,

      Petitioner,   JUDGMENT IN A CIVIL CASE
  V.

                              CASE NUMBER: **3:08-CV-00611-RCJ-RAM**

JAMES BENEDETTI, et al.,

      Respondents.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Respondents' Motion to Dismiss (#7) is **GRANTED**. This action is **DISMISSED** with prejudice as untimely.


  October 28, 2009                                            **LANCE S. WILSON**
                                                                               Clerk

                                                                               /s/ D. R. Morgan
                                                                              Deputy Clerk